WILLIAM W. SAUNDERS, Appellant, v. SAUNDERS FUEL, INC., Respondent.— In an action to reform a written agreement or, in the alternative, for money damages, plaintiff appeals from a judgment of the Supreme Court, Suffolk County, entered June 23, 1958, in favor of the defendant, after a nonjury trial before an Official Referee. Judgment affirmed, with costs. No opinion. Nolan, P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

VINCENT SCADUTO, an Infant, by His Guardian ad Litem, FRANK SCADUTO, et al., Appellants, v. NEW YORK CITY TRANSIT AUTHORITY, Respondent. — In an action by an infant to recover damages for personal injuries sustained as a result of defendant's alleged negligence in the operation of its bus, and by the infant's father to recover damages for medical expenses and loss of services, the plaintiffs appeal from a judgment of the Supreme Court, Richmond County, entered June 6, 1958, after a jury trial, upon a verdict in favor of defendant. Judgment affirmed, with costs. No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.

ALFRED STERN, Appellant, v. ALBERT SPINELLI et al., Respondents.— In an negligence action, plaintiff appeals from an order of the Supreme Court, Westchester County, dated September 12, 1960, denying his motion for summary judgment pursuant to rule 113 of the Rules of Civil Practice. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Kleinfeld and Christ, JJ., concur; Pette, J., not voting.

# (April 10, 1961)

In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Required for the Clove Lakes Expressway. HERMAN BORGSTEDE et al., as Executors, et al., Appellants.— Application to extend appellants' time to perfect appeal to the June Term, pursuant to written stipulation of the parties, denied. On the court's own motion, appellants' time is extended to the September Term, beginning September 6, 1961. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

In the Matter of HERBERT M. KARP, an Attorney.— This attorney having been duly convicted of a felony on March 16, 1961, in the Court of General Sessions of the County of New York, and having submitted his resignation from the office of attorney and counsellor at law, such resignation is accepted; his name is struck from the roll of attorneys. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.